**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ferris Lavelle Lee, | No. CV-18-00199-TUC-FRZ |
| Petitioner, | **ORDER** |
| v. | |
| JT Shartle, | |
| Respondent. | |

Pending before the Court is Magistrate Judge Bernardo P. Velasco's Report and Recommendation (R&R) which finds that "Petitioner has not satisfied the requirements of [the] escape hatch" of 28 U.S.C. § 2255(e), and therefore, this Court lacks jurisdiction to adjudicate Ferris Lavelle Lee's Petition for a Writ of Habeas Corpus. *See* Doc. 17.

No party has filed an objection to the Magistrate Judge's R&R. *See generally*, Dkt. *See also*, Doc. 17 at pg. 8 (warning that: "Failure to timely object to the factual and legal determination of the Magistrate judge may waive Petitioner's right to *de novo* review.").

The Court has reviewed Respondent's underlying Motion to Dismiss, Petitioner's Response, and Respondent's Reply. *See* Docs. 12, 15, and 16. The Court has also reviewed Magistrate Judge Velasco's Report for any clear error, and has found none. *See* Doc. 17 at pgs. 4–7 (applying the correct standard of review, and concluding that Petitioner has not proven "he was statutorily ineligible for the sentence he received"). *See also*, *Jacobson v. Peter Piper Pizza, Inc.*, 2018 WL 3708043, at *1, n.1 (D. Ariz. Aug. 3, 2018) (Soto, J.) ("The Court reviews for clear error the unobjected-to portions of the

Report and Recommendation.") (citing *Johnson v. Zema Systems Corp.*, 170 F.3d 734 (7th Cir. 1999), and *Conley v. Crabtree*, 14 F. Supp. 2d 1203 (D. Or. 1998)).

Accordingly, IT IS ORDERED that the Report and Recommendation (Doc. 17) is ACCEPTED and ADOPTED in-full. This Court lacks jurisdiction over the case.

IT IS FURTHER ORDERED that Respondent's Motion to Dismiss (Doc. 12) is GRANTED.

IT IS FURTHER ORDERED that Petitioner's Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus by a Person in Federal Custody (Doc. 1) is DISMISSED for lack of jurisdiction.

Dated this 23rd day of October, 2018.

Honorable Frank R. Zapata
Senior United States District Judge